IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| PIMENIO VELA HERRERA, Institutional ID No. 87986 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00184-C |
| KELLY S. ROWE, et al., | § § § | |
| Defendants. | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that Plaintiff's complaint and all claims alleged therein are **DISMISSED** without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

All relief not expressly granted and any pending motions are denied.

Judgment shall be entered accordingly.

SO ORDERED.

Dated April 6, 2022.

SAM R. CUMMINGS
Senior United States District Judge